Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAMAR NASHAWN DORSEY
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

SGT. KROGHAN And
Correctional officer West
THE INDIVIDUAL DEFENDANTS
ONLY. NOT NORTHERN REGIONAL JAIL
*Enter above the full name of defendant(s) in this action*

Civil Action No.: 3:22-CV-159
*(To be assigned by the Clerk of Court)*

FILED
SEP 1 5 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Groh
Trumble
Sims

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Your Name: LAMAR N. DORSEY
Inmate No.: 350-7564
Address: Huttonsville Correctional Center, P.O. Box 1# Huttonsville, WV 26273

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B. Name of Defendant: KROGHAN

Attachment A

Position: **SGT**

Place of Employment: **NORTHEN REGIONAL JAIL**

Address: **112 NORTHERN REG JAIL, Moundsville, WV 26041**

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," briefly explain: **He had his uniform on as employment of WVDOCR**

B.1  Name of Defendant: **WEST**

Position: **Correctional officer**

Place of Employment: **Northern Regional Jail**

Address: **112 Northern REG jail, Moundsville, WV 26041**

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☑ Yes    ☐ No

If your answer is "YES," briefly explain: **He had his uniform on as employment of WVDOCR**

B.2  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.3   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.4   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____

Attachment A

_____
_____

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Huttonsville Correctional Center

    A.   Is this where the events concerning your complaint took place?
       ☐ Yes   ☒ No

       If you answered "NO," where did the events occur?
       112 Northern Regional jail, Moundsville, WV 26041

    B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

    C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

    D.   If your answer is "NO," explain why not _____

**Attachment A**

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1: ~~[redacted]~~ Found
LEVEL 2: ~~[redacted]~~
LEVEL 3: ~~[redacted]~~

YES I DID FILE A GRIEVANCES IN THIS COMPLAINT LEVEL ONE LEVEL TWO AND LEVEL THREE.

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☑ Yes   ☐ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1. Parties to this previous lawsuit:

      Plaintiff(s): LAMAR DORSEY
      Defendant(s): SGT. BOLEN

   2. Court: SOUTHERN DISTRICT OF WEST VIRGINIA
      (If federal court, name the district; if state court, name the county)

   3. Case Number: 2:21-CV-00222

   4. Basic Claim Made/Issues Raised: Used Excessive Force

   5. Name of Judge(s) to whom case was assigned: THOMAS E. JOHNSTON

Attachment A

_____THOMAS E. JOHNSTON_____

6. Disposition: __Pending__
   (For example, was the case dismissed? Appealed? Pending?)

7. Approximate date of filing lawsuit: __4-13-21__

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☐ Yes   ☑ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   __N/A__

E. Did you exhaust available administrative remedies?   ☑ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
   __ALL LEVELS ONE LEVELS TWO LEVELS THREE__
   __CHECK OIS AND MT. OLIVE CORRECTIONAL CENTER,__
   __FOR GRIEVANCE__

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): _____N/A_____

   Defendant(s): _____N/A_____

2. Name and location of court and docket number:
   _____N/A_____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____N/A_____

5. Approximate date of disposition: _____N/A_____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: SGT. KROGHAN USED EXCESSIVE FORCE AGAINST INMATE LAMAR DORSEY, BY PUNCHING AND KNEEING him. Eighth Amendment AND Fourteenth Amendment

Supporting Facts: ON OR ABOUT SEPTEMBER ▓▓▓ 30 2020 BETWEEN 9AM ▓▓▓. I CAN'T REMEMBER EXACT DATE OR TIME CHECK GRIEVANCE. I WAS ON SUICIDE WATCH USING the phone when I OVER HEARD SGT. KROGHAN AND CORRECTIONAL OFFICER WEST. CALLING INMATE LAMAR DORSEY "FAG AND chicken shit." I GOT UP AND ASK FOR A GRIEVANCE

*ATACH*
*age 2#*

## Claim # Supporting Facts (Continued)

"I told Kroghan to come to the bathroom so he can kick my ass." Sgt. Kroghan said go sit down. Then CO West stated go sit down." Then CO West stated don't talk to the sgt. like that. I stated I want a grievance. Sgt Kroghan said no your times up. I said get me a shift supervisor. Sgt Kroghan no and grab my arm and twist it back push me forward. Me and CO West fell to ground Sgt. Kroghan stood over top of me kneeing and punching my side of ribs and face. I cut my lip it was bleeding I had to beg for medical attention. I showed Nurse Angie Jackson my lip. it was cut. Defendants actions were done to plaintiff with the intent to inflict unnecessary harm. Defendants use of excessive force and pejorative comments about being gay demonstrates the retalitory nature of the excessive force as well as the malicious intent. This creul and unusual punishment was carried out without any just cause and was completely unwarranted. Plaintiff was not a threat to the officers or himself or state property. Plaintiff never threat no officer or inmates. Inmate Lamar Dorsey never threaten Sgt. Krogha[n] or CO West. END OF REPORT..."

**Attachment A**

CLAIM 2: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

VI.   **<u>INJURY</u>**

**Attachment A**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I was punched and kneed repeatedly. As a result of this I suffered a cut lip, mental anguish, embarrassment, pain and emotional distress, and bruised body from punches and kneeing.

VII. **RELIEF**

State **BRIEFLY and EXACTLY** what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. Plaintiff demands a trial by jury. Plaintiff respectfully request that the judgment be entered in the favor of the Plaintiff and against the Defendant and request that the Court award damages including, but not limited to, physical injury, damages for emotional and mental distress and punitive damages and compensatory damages. (Against the individual defendants only) court costs pre-judgement interest and post judgment interest.

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Huttonsville Correctional Center  on  8-6-2022  .
  (Location)                                          (Date)

_____  pro se
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAMAR NASHAWN Dorsey
*Your full name*

v.

SGT. KROGHAN And correctional
OFFICER WEST. NOT NORTHERN
REGIONAL JAIL

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 3:22-cv-159

FILED

SEP 1 5 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## Certificate of Service

I, LAMAR N. Dorsey (your name here), appearing *pro se*, hereby certify that I have served the foregoing Civil Complaint 42 U.S.C. 1983 (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 8-6-2022 (insert date here):

(List name and address of counsel for defendant(s))

_____ pro se
(sign your name)