# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**LAMAR NASHAWN DORSEY,**

    **Plaintiff,**

v.                                                                                 **Civil Action No. 3:22-CV-159 (GROH)**

**SGT. KROGHAN, and
CORRECTIONAL OFFICER WEST,**

    **Defendants.**

## ORDER DISMISSING CASE

On September 15, 2022, the *pro se* Plaintiff initiated the above-styled civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff paid the initial partial filing fee on October 3, 2022. ECF No. 10. On October 4, 2022, the Court issued an order to show cause. ECF No. 11. Thereafter, the Clerk issued summonses to the defendants, which were returned as executed on October 12, 2022 [ECF No. 13], and November 2, 2022 [ECF No. 16]. However, a review of the executed returns shows that Sgt. Kroghan's summons was served upon Shawn Straughn at the address provided for Sgt Kroghan. ECF No. 13 at 2-3. Further, the executed return for Correctional Officer West was served upon a tenant or renter of Correctional Officer West. ECF No. 16 at 4.

On February 24, 2023, the Court issued an order directing Plaintiff to provide updated addresses for the Defendants within 21 days so that service can be perfected. ECF No. 18. A review of the docket shows that service for that Order was accepted by the Plaintiff on March 21, 2023. ECF No. 21.

More than 21 days have elapsed since Plaintiff accepted service of the Order directing him to provide updated addresses for the Defendants. To date, nothing has been filed by the Plaintiff.

Accordingly, it is **ORDERED** that 3:22-CV-159 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: April 27, 2023

GINA M. GROH
UNITED STATES DISTRICT JUDGE